UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

      Petitioners,          23 **CIVIL** 11142 (MKV)

  -against-              **JUDGMENT**

AMCC INDUSTRIES INC.,

      Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2025, the petition to confirm the arbitration award is GRANTED. The Court has awarded judgment in Petitioners' favor in the amount of: (i) $7,973.80, plus 6.75% interest from December 27, 2022 to the date of judgment, in the amount of $1,561.61; (ii) an additional $2,346 in attorneys' fees and costs related to this action; and (iii) post-judgment interest at the statutory rate accruing from the date of judgment until Respondent has paid the full Award; accordingly, the case is closed.

**Dated**: New York, New York
    November 20, 2025

                     **TAMMI M. HELLWIG**
                     _____
                     **Clerk of Court**

           **BY:**   *K. Mango*
                     _____
                     **Deputy Clerk**